# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nicholas Mantooth, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Optimal Energy Resources, Inc., and CoAdvantage Resources 60, LLC, | ) ) ) | |
| | ) | Case No. 1:18-cv-094 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on August 8, 2019, at 3:00 p.m. CDT. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of August, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
